UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRADLEY ALAN BERGBY,**

**Plaintiff,**

v.  Case No: 6:19-cv-1479-Orl-18JBT

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Bradley Alan Bergby's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Social Security benefits. On March 13, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 28). After review of the Report and Recommendation (Doc. 28) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___8___ day of April, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record